**Electronically Filed**
**Supreme Court**
**SCWC-16-0000615**
**02-NOV-2017**
**09:15 AM**

SCWC-16-0000615

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

EDWIN KELLER, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000615; CASE NO. 1DCW-15-0004105)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Edwin Keller's application for writ of certiorari filed on September 5, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

